IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00348-ZLW-KLM

JONATHAN W. WOODSTOCK,

    Plaintiff,

v.

DIRECTOR GARY GOLDER,
WARDEN SUSAN JONES, and
INVESTIGATOR RICHARD WREN,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's untitled motion for summary judgment [Docket No. 36; Filed June 16, 2010] (the "Motion"). The Motion, which consists of a single paragraph, does not comply with D.C.COLO.LCivR 56.1. which requires that all motions for summary judgment "include a statement of undisputed facts and be supported by argument and a recitation of legal authority incorporated into the motion . . . ." Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. Any future motion for summary judgment filed by Plaintiff must comply with Local Rule 56.1., cited above, or it will be summarily stricken.

Dated: June 24, 2010