IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00348-ZLW-KLM

JONATHAN W. WOODSTOCK,

    Plaintiff,

v.

DIRECTOR GARY GOLDER,
WARDEN SUSAN JONES, and
INVESTIGATOR RICHARD WREN,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 4 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER DIRECTING SERVICE BY UNITED STATES MARSHAL

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion Requesting Service of Defendant** [Docket No. 41; Filed July 9, 2010] (the "Motion").

The operative Complaint was filed on February 18, 2010  [Docket No. 3].  By an Order dated April 16, 2010 [Docket No. 20], the United States Marshal was directed to serve a copy of the Summons and Complaint on all Defendants in the above-captioned matter.  On May 5, 2010, the Summons was returned unexecuted for Defendant Golder with a notation that the Marshal had unsuccessfully attempted to serve him at the address provided by Plaintiff, because the Gary Golder who lives at that location was not the Defendant in this case, but another individual named Gary Golder [Docket No. 22]. Plaintiff has now provided an alternative address for Gary Golder.  Accordingly,

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the United States Marshal shall serve a copy of the

complaint, summons, and order granting leave to proceed pursuant to 28 U.S.C. § 1915, upon the Defendant Golder at the address provided by Plaintiff [Docket No. 41]. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

IT IS FURTHER **ORDERED** that Defendant Golder or counsel for Defendant Golder shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on Defendant Golder.

Dated: July 12, 2010

BY THE COURT:

s/ Kristen L. Mix
Kristen L. Mix
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00348-ZLW-KLM

Jonathan W. Woodstock
Prisoner No. 116191
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81003

US Marshal Service
Service Clerk
Service forms for: Gary Golder

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Gary Golder: COMPLAINT FILED 2/18/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/14/10 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk