IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00348-ZLW-KLM

JONATHAN W. WOODSTOCK,

    Plaintiff,

v.

DIRECTOR GARY GOLDER,
WARDEN SUSAN JONES, and
INVESTIGATOR RICHARD WREN,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion Regarding the Upcoming Hearing** [Docket No. 45; Filed August 6, 2010] (the "Motion"). Plaintiff requests that the Court order his case manager to arrange a conference call for the Preliminary Scheduling Conference set for September 14, 2010 at 11:00 a.m. The Court has already addressed this issue. *See* Docket [#39].

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

    IT IS FURTHER **ORDERED** that the Clerk shall mail a copy of the Minute Order Setting Preliminary Scheduling Conference [#39] to Plaintiff.

Dated: August 10, 2010