IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00348-ZLW-KLM

JONATHAN W. WOODSTOCK,

    Plaintiff,

v.

DIRECTOR GARY GOLDER,
WARDEN SUSAN JONES, and
INVESTIGATOR RICHARD WREN,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Request for Production of Documents** [Docket No. 58; Filed January 20, 2011] (the "Motion"), which the Court interprets as a motion to compel. In light of the Court's Order [Docket No. 57] of January 19, 2011 staying discovery in this case pending resolution of Defendants' Motion to Dismiss [Docket No. 34],

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

    Dated: January 24, 2011