IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-00348-ZLW-KLM

JONATHAN W. WOODSTOCK,

    Plaintiff,

v.

DIRECTOR GARY GOLDER,
WARDEN SUSAN JONES, and
INVESTIGATOR RICHARD WREN,

    Defendants.

_____

ORDER
_____

The matter before the Court is Defendants' Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(6).[1] The motion was referred to Magistrate Judge Kristen L. Mix for recommendation pursuant to 28 U.S.C. § 636(b)(1)(A) and D.C.COLO.LCivR 72.1C. On February 7, 2011, the Magistrate Judge issued her Recommendation that the motion to dismiss be granted and that the Complaint be dismissed.[2] No party filed objections to the Recommendation.

---

[1] This Motion was filed by Defendants Jones and Wren. Defendant Golder joined in the motion on August 30, 2010. (Doc. No. 51).

[2] Doc. No. 61.

Having reviewed the record and the Recommendation, the Court is satisfied "that there is no clear error on the face of the record."[3]  Accordingly, it is

ORDERED that the Recommendation (Doc. No. 61; Feb. 7, 2011) is accepted and adopted in its entirety.  It is

FURTHER ORDERED that Plaintiff's claims against all Defendants in their official capacities are dismissed without prejudice.  It is

FURTHER ORDERED that Plaintiff's Eighth Amendment claim against Defendant Wren is dismissed without prejudice.  It is

FURTHER ORDERED that all other claims are dismissed with prejudice.  It is

FURTHER ORDERED that the Complaint and cause of action are dismissed, the parties to pay their own costs and attorney's fees.

DATED at Denver, Colorado, this 23rd day of March, 2011.

BY THE COURT:

_Zita Leeson Weinshienk_
_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

---

[3] See Fed. R. Civ. P. 72(b) advisory committee's note; Summer v. Utah, 927 F.2d 1165, 1167 (10th Cir. 1991); Thomas v. Arn, 474 U.S. 140, 150 (1985).